# UNITED STATES DISTRICT COURT

# DISTRICT OF MINNESOTA

The Trustees of the Minnesota State Basic Building Trades Fringe Benefit Funds,

Plaintiffs,

vs.

Green Masonry, Inc., a Minnesota corporation, and John D. Green,

Defendants.

Civil File No. CV-01-72-MJD-JGL

**INJUNCTION**

Pursuant to this Court's Order dated April 20, 2001:

1. Defendants, and each of them, are to submit forthwith to Plaintiffs' Third-Party Administrator ("TPA") all delinquent fringe benefit contribution Report Forms and pay forthwith fringe benefit contribution payments for all months for which Defendants are delinquent, together with interest and liquidated damages.

2. Defendants, and each of them, are to submit forthwith to Plaintiffs' TPA all their books and records for an audit disclosing the amount of unpaid fringe benefit contribution payments from December 1, 2000 through the present.

3. The Defendants, and each of them, shall cooperate in all ways with this audit.

4. Defendants, and each of them, are required to post with Plaintiffs' TPA cash or surety bonds in the amount of $30,000.00 to the Twin City Bricklayers Fringe Benefit Funds and in an amount determined by Plaintiffs of not less than $30,000.00 to the Minnesota Laborers Fringe Benefits Funds.

APR 20 2001
FILED
FRANCIS E. DOSAL, CLERK
JUDGEMENT ENT'D
DEPUTY CLERK

5. Defendants, acting through their directors, officers, agents, servants, employees, shareholders, and all persons acting in privity or in concert with it, are MANDATED to submit to Plaintiffs' TPA all fringe benefit contribution Report Forms and all fringe benefit contribution payments as they become due.

BY THE COURT:

Dated: April 20, 2001

Michael J. Davis
United States District Judge

H:\Labor\6000_6080 Bricklayers\6041.47 Green Masonry, Inc\docs\Injunction.doc
dmm