# UNITED STATES DISTRICT COURT

# DISTRICT OF MINNESOTA

---

The Trustees of the Minnesota State Basic Building Trades Fringe Benefit Funds,

Plaintiffs,

vs.

Green Masonry, Inc., a Minnesota corporation, and John D. Green,

Defendants.

Civil File No. CV 01-72 MJD/JGL

**ORDER TO SHOW CAUSE**

---

TO: Green Masonry, Inc. and John D. Green, Defendants above-named pro se:

YOU WILL EACH PLEASE TAKE NOTICE that on the attached Notice of Motion and Motion and the Affidavit of Andrew E. Staab, Esq., and on all files, records and proceedings herein, and on the motion of Andrew E. Staab, attorney for Plaintiffs, and the Court being duly advised in the premises.

1. IT IS HEREBY ORDERED THAT YOU, JOHN D. GREEN, PERSONALLY APPEAR AND SHOW CAUSE, if any you have, before the Honorable Michael J. Davis, United States District Judge at Courtroom 14E, United States Courthouse and Federal Building, 300 South Fourth Street, Minneapolis, Minnesota on the 9th day of November, 2001, at 9:00 o'clock a.m. or as soon thereafter as counsel can be heard, why the Court should not grant the relief requested in the attached Notice of Motion and Motion.

2. IT IS FURTHER ORDERED that you bring with you all books, payroll records, and employment records of Green Masonry, Inc. from December 1, 2000 to the present including payroll cards, and tax returns, both federal and state for tax years 1998, 1999, and 2000.

FILED SEP 0 6 2001
RICHARD D. SLETTEN, CLERK
JUDGMENT ENTD______
DEPUTY CLERK______

3. Let this Order to Show Cause be served on Defendants personally by giving them a certified copy of the same.

Dated: ~~August~~ Sept 5, 2001

BY THE COURT:

Michael J. Davis
United States District Judge

H:\Labor\6000_6080 Bricklayers\6041.47 Green Masonry, Inc\docs\Order Show Cause.doc
paw