# UNITED STATES DISTRICT COURT

# DISTRICT OF MINNESOTA

The Trustees of the Minnesota State Basic Building Trades Fringe Benefit Funds,
Plaintiffs,

vs.

Green Masonry, Inc., a Minnesota corporation, and John D. Green,

Defendants.

Civil File No. CV 01-72 MJD/JGL

**ORDER FOR JUDGMENT**

The above-entitled matter came without hearing before the undersigned upon Plaintiffs' motion for entry of judgment by default against Defendants, jointly and severally, and consistent with this Court's Order dated April 20, 2001.

Based upon the Court's Order dated April 20, 2001, the Affidavit of Andrew E. Staab, and all files, records and proceedings herein,

IT IS HEREBY ORDERED:

## ORDER

That the Clerk of Court shall enter final judgment in favor of Plaintiffs and against the Defendants, jointly and severally, in the amount of $37,871.66.

Dated: November 28, 2001

Michael J. Davis
United States District Judge

F:\Labor\6000_6080 Bricklayers\6041.47 Green Masonry, Inc\docs\Order for Judgment_Collection.doc hrf

FILED NOV 28 2001
RICHARD D. SLETTEN, CLERK
JUDGMENT ENTD NOV 28 2001
DEPUTY CLERK