# UNITED STATES DISTRICT COURT
## DISTRICT OF MINNESOTA

The Trustees of the Minnesota State Building Trades
Fringe Benefit Funds,

Plaintiffs,

Case No. Civil 01-72 MJD/JGL

v.

**JUDGMENT IN A CIVIL CASE**

Green Masonry, Inc., a Minnesota corporation, and
John D. Green,

Defendants.

---

( ) **Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

(X) **Decision by Court.** This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

**IT IS ORDERED AND ADJUDGED THAT the Clerk of Court shall enter final judgment in favor of Plaintiffs and against the Defendants, jointly and severally, in the amount of $37,871.66.**

DATE: November 28, 2001

RICHARD D. SLETTEN, CLERK

E. Knoblauch

E. Knoblauch, Deputy Clerk

(17)