**UNTIED STATES DISTRICT COURT**

**DISTRICT OF MINNESOTA**

---

The Trustees of the Minnesota State Basic Building Trades Fringe Benefit Funds,

Plaintiffs,

vs.

Green Masonry, Inc., a Minnesota corporation, and John D. Green,

Defendants.

Civil File No. 01-72 MJD/JGL

**SATISFACTION OF JUDGMENT**

---

I, Stephen Kelly, attorney for the Plaintiffs hereby certifies that judgment in the amount of $27,887.82, which was entered in this Court on April 20, 2001, in favor of the Trustees of the Minnesota State Basic Building Trades Fringe Benefit Funds, and against Green Masonry, Inc., a Minnesota corporation, and John D. Green, is fully satisfied and the Clerk shall record the same.

Dated: February 3, 2005

s/ Stephen Kelly
Stephen Kelly
Attorney for Plaintiffs
400 Robert Street North, Suite 1800
Saint Paul, MN 55101
Telephone: (651) 227-6621
Attorney I.D. No. 239203

Sworn/affirmed before me this
3rd day of February, 2005.

s/ Rachel M. Harnly
Notary Public