# AFFIDAVIT OF SERVICE BY MAIL

STATE OF MINNESOTA )
) ss.
COUNTY OF RAMSEY )

Rachel M. Harnly, being first duly sworn, deposes and says that on February 9, 2005, she served the attached Satisfaction of Judgment, and Notice of Electronic Filing upon Green Masonry, Inc., Co-Defendant, by placing true and correct copies thereof in an envelope addressed as follows:

Green Masonry, Inc.
Attn: Mr. John D. Green
1858 Ivan Way
St. Paul, MN 55116

(which is the last known address of said Co-Defendant) and depositing the same, with postage prepaid, in the United States Mail at St. Paul, Minnesota.

s/ Rachel M. Harnly______________________
Rachel M. Harnly

Subscribed and sworn to before

me this 9th day of February, 2005.

s/ Holly R. Faust______________________
Notary Public

F:\LABOR\6000_6080 BRICKLAYERS\6041.47 GREEN MASONRY, INC\DOCS\AFF SRV 2-3-05.DOC

# AFFIDAVIT OF SERVICE BY MAIL

STATE OF MINNESOTA )<br>
) ss.<br>
COUNTY OF RAMSEY )

Rachel M. Harnly, being first duly sworn, deposes and says that on February 9, 2005, she served the attached Satisfaction of Judgment, and Notice of Electronic Filing upon John D. Green, Co-Defendant, by placing true and correct copies thereof in an envelope addressed as follows:

Mr. John D. Green<br>
1858 Ivan Way<br>
St. Paul, MN 55116

(which is the last known address of said Co-Defendant) and depositing the same, with postage prepaid, in the United States Mail at St. Paul, Minnesota.

s/ Rachel M. Harnly____________________<br>
Rachel M. Harnly

Subscribed and sworn to before

me this 9th day of February, 2005.

s/ Holly R. Faust_______________________<br>
Notary Public

F:\LABOR\6000_6080 BRICKLAYERS\6041.47 GREEN MASONRY, INC\DOCS\AFF SRV 2-3-05.DOC